IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FAITH JENSEN, | |
|---|---|
| Plaintiff, | 8:18CV104 |
| vs. | |
| JASON SNEIDER, Police Officer; and LANCASTER COUNTY SHERIFF, Sheriff; | MEMORANDUM AND ORDER |
| Defendants. | |

On April 6, 2018, the court ordered Plaintiff to update her address with the court within 30 days or face dismissal of this action. ([Filing No. 11](#).) To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 16th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge